**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MICHAEL LATAVIN SMITH, #107483**                                    **PETITIONER**

**v.**                                              **CIVIL ACTION NO. 1:22-cv-8-TBM-MTP**

**CHRIS LODEN**                                                **RESPONDENT**

**ORDER**

Pro se Petitioner Michael Latavin Smith, an inmate of the Mississippi Department of

Corrections, brings this Petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.[1]

Petitioner is challenging his conviction of murder and resulting life sentence entered by the

Circuit Court of George County, Mississippi.    After initial review of Petitioner's filings, it is

hereby,

**ORDERED** that the Respondent, through the Attorney General of the State of

Mississippi, file an answer or other responsive pleading in this cause within twenty (20) days of

the service upon the said Attorney General of a copy of this Order.    Respondent shall file with

his answer or other responsive pleading any court documents relevant to the disposition of this

cause including full and complete transcripts of all proceedings in the state court of Mississippi

arising from the charge of murder in the Circuit Court of George County, Mississippi.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a

copy of the Petition [1] and Response [4], along with a copy of this Order upon the Attorney

General of the State of Mississippi.   The Clerk of Court is also directed to mail a copy of this

Order to the Petitioner at his address of record.

The Petitioner is advised that this Order directing the Respondent to answer does not

---

[1]Petitioner paid the filing fee.

reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED AND ADJUDGED**, this the 12th day of May, 2022.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE