IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL LATAVIN SMITH, # 107483**                              **PETITIONER**

v.                                        **CIVIL ACTION NO. 1:22-cv-8-TBM-MTP**

**CHRIS LODEN**                                                 **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [14] entered by United States Magistrate Judge Michael T. Parker on November 4, 2022. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss [7] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED this CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 30th day of November, 2022.

                                                     TAYLOR B. McNEEL
                                                     UNITED STATES DISTRICT JUDGE